Appellant's allegations taken separately do not constitute a basis for *coram nobis*; taken together they do not show a lack of a fair trial or the sort of miscarriage of justice which might call for immediate relief. In Thomas, we held that the relief there sought and the grounds therefor were "both cognizable within the scope of the common law writ of error *coram nobis*." Accordingly, we remanded that case to the District Court for further proceedings in which the court would consider the petition as an application for relief in the nature of *coram nobis*. In contrast, we find in this case that the petition is insufficient on its face as an application for *coram nobis*, assuming all its allegations to be true. In such circumstances there is no basis for a remand, and we must affirm the denial of relief. Cf. Adams v. United States, 1955, 95 U.S.App.D.C. 354, 222 F.2d 45. The order of the District Court will be

Affirmed.

Mr. Bryce Rea, Jr., Washington, D. C. (appointed by this court) for appellant in No. 15114.

Mr. Joseph S. McCarthy, Washington, D. C. (appointed by this court) for appellant in No. 15115.

Mr. Nathan J. Paulson, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and EDGERTON and DANAHER, Circuit Judges.

PER CURIAM.

These appellants, first in the District Court, and now here have challenged their arrest without a warrant. We find no error.

Affirmed.

Leonard K. HANSFORD, Appellant,

v.

UNITED STATES of America, Appellee.

Cicero MARTIN, Jr., Appellant,

v.

UNITED STATES of America, Appellee.

Nos. 15114, 15115.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 3, 1959.

Decided Nov. 12, 1959.

BENDIX AVIATION CORPORATION, BENDIX RADIO DIVISION, Appellant,

v.

FEDERAL COMMUNICATIONS COMMISSION, Appellee,

Aeronautical Radio, Inc., and Air Transport Association of America, Intervenors.

AERONAUTICAL RADIO, INC., a corporation, et al., Petitioners,

v.

UNITED STATES of America, Federal Communications Commission, Respondents.

Nos. 14650, 14693.

United States Court of Appeals District of Columbia Circuit.

Argued May 25, 1959.

Decided Nov. 13, 1959.